UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DOROTHY WORKS,

                **Plaintiff,**

                **v.**                            Civil No. 07-1096-HO

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                **Defendant.**

## JUDGMENT

Pursuant to sentence four of 42 U.S.C. §405(g), this action is reversed and remanded to the Commissioner for further administrative proceedings.

Dated: May __12__, 2008

                                                            s/ Michael R. Hogan
                                                         **United States District Judge**